**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mboelter@porterscott.com

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621
FAX: 530.538.6891
EMAIL: bstephens@buttecounty.net

Attorneys for Defendants
COUNTY OF BUTTE, TRISTAN HARPER and PATRICK MCNELIS
*Exempt from Filing Fee Pursuant to Government Code section 6103*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MARIE PELLO, | Case No.: 2:23-cv-00130-DJC-DMC |
| Plaintiff, | **STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |
| vs. | |
| BUTTE COUNTY, DETECTIVE TRISTAN HARPER, SERGEANT PATRICK MCNELIS, UNKNOWN (BCSO) BUTTE COUNTY SHERIFF OFFICERS, DOES 1-10, | |
| Defendants. | |
| _____ / | Complaint Filed: 1/23/2023 |

4867-7543-6876, v. 1

1

STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE

The parties, by and through their respective counsels of record, hereby stipulate as follows:

1. This matter be set for an early settlement conference to be conducted before Magistrate Judge Kendall J. Newman on August 9, 2023, at 9:00 a.m., at the United States District Court located at 501 I Street, Sacramento, CA 95814.

**IT IS SO STIPULATED.**

Dated:   April 13, 2023                              PORTER SCOTT
                                                     A PROFESSIONAL CORPORATION


                                              By:   /s/ *William E. Camy*
                                                     William E. Camy
                                                     Megan N. Boelter
                                                     Attorneys for Defendants




Date:  April 13, 2023                                LAW OFFICE OF JOSEPH DAVID MANUEL


                                              By:    /s/ *Joseph David Manuel*
                                                     Joseph David Manuel
                                                     Attorney for Plaintiff

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference, and finding good cause, hereby Orders as follows:

1. This matter approves the setting of an early settlement conference to be conducted before Magistrate Judge Kendall J. Newman on August 9, 2023, at 9:00 a.m., at the United States District Court located at 501 I Street, Sacramento, CA 95814.

**IT IS SO ORDERED.**

Dated: April 14, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE